THE UNITED STATES OF AMERICA *against* DODGE AND OTHERS.

THIS was an action of debt on a bond, given by the defend-
ants, for the payment of *duties* to the collector of the district of
*Champlain.* The bond was given in the form prescribed by
the act of congress for the collection of duties, passed the 2d of
*March,* 1799. The only question was, whether this court had
jurisdiction of the cause.

The case was submitted to the court without argument.

Bonds given for
duties to the U-
nited States, may
be sued in the
state courts,
which have (by
the *judiciary* act
of the United
States) concur-
rent jurisdiction
with the courts
of the United
States, of all suits
at common law,
where the Uni-
ted States are
plaintiffs.

*Per Curiam.* The question submitted in this case is, whether
this court has jurisdiction of the action. We are not able to dis-

ALBANY,
January, 1817.

JACKSON
v.
AMBLER.

cover where any doubt can exist upon this question. The action is upon a bond given by the defendants to the *United States*, conditioned for the payment of certain duties, and is in the form prescribed by the act of congress. (Sess. 3. 5th *Cong.* ch. 128. s. 62.) On failure of payment of the duties, bonds thus taken are directed to be prosecuted (sec. 65.) in the proper courts having cognizance thereof. By the act to establish the judicial courts of the *United States*, (sess. 1. 1st *Cong.* ch. 20. s. 9. and 11.,) it is declared, that the courts of the several states shall have cognizance, concurrent with the courts of the *United States*, of all suits at common law, where the *United States* are plaintiffs in the suit. Judgment must, accordingly, be for the plaintiffs.

Judgment for the plaintiffs.